HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEBASTIAN LUBERS,

          Petitioner,

  v.

UNITED STATES,

          Respondent.

CASE NO. C12-1340 RAJ

ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

The court has reviewed petitioner Sebastian Lubers's "Response to Order issued Sep. 5, 2012." Dkt. # 12. On September 5, 2012, the court denied petitioner's motion to seal because he had not identified what information he believed the court should redact. Dkt. # 8. The court allowed him until September 14, 2012 to file a motion to seal that specifically identified which portions of the petition should be redacted and specifically explained why such portions would put Mr. Lubers in danger. It appears that petitioner's response was mailed on September 12, 2012, but the court did not receive it until September 20, 2012. The court construes petitioner's response as a motion for reconsideration. The court orders the clerk to SEAL Dkt. # 1 pending further

ORDER- 1

1 consideration.  If the government wishes to respond to the motion for reconsideration, it
2 may do so no later than October 12, 2012.  The clerk is ORDERED to mail a copy of
3 Dkt. # 1 to petitioner along with a copy of this order.  Petitioner is ORDERED to redact,
4 by blacking out or using another method, the portion of his petition that he believes
5 places him, his family and his friends in danger.  Petitioner is ORDERED to return the
6 redacted petition no later than October 31, 2012.
7       Dated this 21st day of September, 2012.

                                    WILLIAM M. MCCOOL
                                    Clerk

                                    s/Consuelo Ledesma
                                    Deputy Clerk

ORDER- 2