HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEBASTIAN LUBERS,

               Petitioner,

     v.

UNITED STATES,

              Respondent.

CASE NO. C12-1340 RAJ

ORDER

     This matter comes before the court on the Government's motion to seal.  Dkt. # 26.  The Government asks the court to seal its response to the petitioner's section 2255 motion, all accompanying exhibits, and the notice of filing audio and video evidence, which have already been filed under seal.  The Government has made no effort to comply with this District's Local Civil Rules ("LCR") in this civil habeas case.  W.D. Wash. LCR 5(g), 10(e)(9).  The court will accept the courtesy copy that does not comply with this District's procedure this time.  However, the Government has made no effort to redact sensitive portions of the response and exhibits, as opposed to filing everything under seal.  Nor has the Government indicated why redaction is not feasible.  There is a strong presumption of public access to the court's files, and the Government has failed to demonstrate why all of its briefing and documents should be sealed.

1    For all the foregoing reasons, the court DENIES the Government's motion to seal.
2  The Government is ORDERED to file a motion to seal and redacted documents within
3  seven (7) days of this order.  The Clerk is directed to keep the documents under seal
4  pending the court's determination of the Government's renewed motion to seal.
5    Dated this 13th day of March, 2013.

6

7

8  _____
   The Honorable Richard A. Jones
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER- 2