HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEBASTIAN LUBERS,

           Petitioner,

   v.

UNITED STATES,

           Respondent.

CASE NO. C12-1340 RAJ

ORDER

This matter comes before the court on petitioner's motion for reconsideration. Dkt. # 51. Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the court's] attention earlier with reasonable diligence." Local Civ. R. 7(h)(1).

Petitioner has not met this standard. For all the foregoing reasons, petitioner's motion for reconsideration is DENIED.

Dated this 11th day of October, 2013.

                                                                        *[signature]*

                                                       The Honorable Richard A. Jones
                                                       United States District Judge

ORDER- 1