HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEBASTIAN LUBERS,

        Petitioner,

  v.

UNITED STATES,

        Respondent.

CASE NO. C12-1340 RAJ

ORDER

This matter comes before the court on petitioner's motion requesting the sentencing court to notify petitioner of whom has jurisdiction to address violation of the plea agreement. Dkt. # 53. This court cannot provide legal advice to Mr. Lubers, and the information requested constitutes legal advice.

For all the foregoing reasons, petitioner's motion is DENIED.

Dated this 8th day of November, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1