HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEBASTIAN LUBERS,

          Petitioner,

   v.

UNITED STATES,

          Respondent.

CASE NO. C12-1340 RAJ

ORDER

This matter comes before the court on two motions by petitioner requesting that the court use its powers to find that the government violated the specific terms of the plea agreement and to resentence petitioner. Dkt. ## 55-56. This court denied petitioner's section 2255 petition challenging his sentence and entered judgment against petitioner on September 25, 2013. Dkt. ## 47-48. On October 11, 2013, the court denied petitioner's motion for reconsideration. Dkt. #52. Petitioner provides no legal authority supporting the requests he seeks, and the court has found none.

For all the foregoing reasons, petitioner's motions are DENIED. This case is closed. Petitioner shall not file any additional motions, as the court will disregard all future filings in this case.

ORDER- 1

Dated this 3rd day of January, 2014.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge